IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| 2002 JBO Trust No. 1, | * | |
| John Brewster Ohle, III, | * | Civil Action No. 2:12-cv-01344 |
| and Dumaine Group LLC | * | |
| *Plaintiffs* | * | Section " R" |
| | * | |
| | * | Judge Sarah S. Vance |
| | * | Magistrate 4 - Karen Wells Roby |
| v. | * | |
| | * | |
| Royal Bank of Canada, RBC Dain Rauscher, | * | |
| John Kruse, Mark Love, Montgomery Global | * | |
| Advisors V, L.L.C. | * | |
| and Roger O. Groh | * | |
| *Defendants* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## EX PARTE MOTION FOR LEAVE OF COURT TO FILE
## PLAINTIFFS' RICO CASE STATEMENT IN EXCESS OF PAGE LIMITS

Plaintiffs, 2002 JBO Trust No. 1, John Brewster Ohle, III, and Dumaine Group, LLC

request leave to file RICO Case Statement in excess of twenty-five (25) pages, upon representing

that:

1.

In conjunction with this filing, Plaintiffs are filing their required *RICO Case Statement*.

2.

Plaintiffs believe that forty-five (45) pages are necessary to fully and completely brief the

numerous complex "tax strategies", issues, and intricate schemes in this matter.

3.

As it is unclear whether the RICO Case Statement falls under the page limit requirements

of Local Rule 7.7, Plaintiffs file this request for leave out of an abundance of caution.

Accordingly, Plaintiffs, 2002 JBO Trust No. 1, John Brewster Ohle, III, and Dumaine Group, LLC respectfully move this Court for leave to file their RICO Case Statement in excess of twenty-five (25) pages.

Respectfully submitted,

DENNIS E. RINCK, JR. (#32653)
Rivertown Law Center, LLC
525 Clay Street
Kenner, Louisiana 70062
Telephone (504) 704-1194
Fax (504) 364-9366
Counsel for Plaintiffs

## Certificate of Service

The undersigned attorney hereby certifies that he has electronically filed the foregoing with the Clerk of Court by using the CM/ECF system on this 16th day of July, 2012, which will send a copy of the foregoing pleading to all counsel of record by notice of electronic filing.

DENNIS E. RINCK, JR.