UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CALL DOCKET **JULY 27, 2012**

The record does not reflect an answer or a default judgment has been filed as to one or more of the named defendants in each of the following cases.

Each case is hereby set for a Call of the Docket to be held **OCTOBER 10, 2012,** at **10:00 a.m.** before DISTRICT JUDGE SARAH S. VANCE, Federal Courthouse Building, 500 Poydras Street, Courtroom C279, New Orleans, Louisiana.

Failure of plaintiff(s) to appear to report the status or in the absence of good cause shown why these defendant(s) should remain on the docket, the defendant(s) will be dismissed for failure to prosecute:

12-660      ANTHONY FOUNTAIN VS. GUILBEAU MARINE, INC., ET AL.
            As to defendant Guilbeau Marine, Inc.

12-993      IN RE: AEP ELMWOOD LLC
            As to cross defendants American Electric Power Service Corp. and Entech and Associates, Inc.

12-1017     WEIR ENVIRONMENTAL, LLC. VS. HOME GUARD ENVIRONMENTAL RESTORATION SERVICES, INC., ET AL.
            As to defendants Home Guard Environmental Restoration Services, Inc. and Asurety Partners.

12-1338     MITCHELL EVANS VS. TRANSOCEAN OFFSHORE USA INC.
            As to defendant Transocean Offshore USA, Inc.

12-1344     2002 JBO TRUST NO. 1, ET AL. VS. ROYAL BANK OF CANADA, ET AL.
            As to defendants John Kruse, Mark Love, Roger O. Groh, and Montgomery Global Advisors V, LLC.

12-1352     HELEN B. EGAN VS. HOSPITAL SERVICE DISTRICT NO. 1
            As to defendant Hospital Service District No. 1 of Tangipahoa Parish.

12-1433     EUGENE K. LEWIS, JR. VS. SHRED-IT, INC.
            As to defendant Shred-It, Inc.

12-1509     TARA T. WASHINGTON VS. ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND.
            As to defendant Administrators of the Tulane Educational Fund.

12-1622     MADISONNE MEREDITH VS. CARNIVAL CORPORATION, ET AL.
            As to defendants Carnival Corporation, Amy Trigleth and Angelia Diez.

12-1675     ERIC TAYLOR VS. OLIVER POWELL, ET AL.
            As to defendant Avery Gillis.

                                    SARAH S. VANCE
                                    UNITED STATES DISTRICT JUDGE

                                  Issued for the Court:

                                  By _____
                                       Jay Susslin
                                       Case Manager
                                       (504) 589-7689

Please direct any inquires regarding this notice to Jay Susslin at the telephone number listed above.