IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| 2002 JBO Trust No. 1, | * | |
| John Brewster Ohle, III, | * | Civil Action No. 2:12-cv-01344 |
| and Dumaine Group LLC | * | |
| *Plaintiffs* | * | Section " R " |
| | * | |
| | * | Judge Sarah S. Vance |
| | * | Magistrate 4 - Karen Wells Roby |
| v. | * | |
| | * | |
| Royal Bank of Canada, RBC Dain Rauscher, | * | |
| John Kruse, Mark Love, Montgomery Global | * | |
| Advisors V, L.L.C. | * | |
| and Roger O. Groh | * | |
| *Defendants* | * | |

*************************************************************************

## **ORDER**

CONSIDERING THE FOREGOING Motion for Leave of Court to File Plaintiffs' RICO Case Statement in Excess of Page Limits filed by Plaintiffs, 2002 JBO Trust No.1, John Brewster Ohle, III and Dumaine Group, LLC:

IT IS ORDERED that Plaintiffs are granted leave to file a *RICO Case Statement* in excess of twenty-five (25) pages.

**SIGNED** in New Orleans, Louisiana, this 30th day of        July        , 2012.

_____
U.S. District Court Judge