UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| 2002 JBO TRUST NO. 1, ET AL | * | CIVIL ACTION NO. 2:12-CV-1344 |
| | * | |
| Plaintiffs | * | JUDGE SARAH S. VANCE |
| | * | |
| | * | |
| | * | MAG. KAREN ROBY |
| v. | * | |
| | * | |
| ROYAL BANK OF CANADA, et al | * | SECTION "R" |
| | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ROYAL BANK OF CANADA AND RBC DAIN RAUSCHER'S MOTION TO DISMISS UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6) and 12(b)(3)**

NOW INTO COURT, through undersigned counsel, come Royal Bank of Canada and RBC Dain Rauscher, who respectfully move this Court for dismissal of the Complaint in its entirety pursuant to Rule 12(b)(6), for failure to state a claim because plaintiffs' claims are collaterally estopped and barred by the applicable statutes of limitation, and Rule 12(b)(3), for improper venue, for the reasons stated in the supporting memorandum..

WHEREFORE,  Movers pray that this Court grant their Motion to Dismiss and enter an order dismissing defendants Royal Bank of Canada and RBC Dain Rauscher from this case.

1

Respectfully submitted,

/s/ Edward J. Castaing, Jr.
BY: _____
EDWARD J. CASTAING, JR. (#4022)
EDWARD J. LILLY (#8571)
Pan-American Life Center, Suite 2323
601 Poydras Street
New Orleans, LA 70130
Tel. (504)581-7700
Fax (504)581-5523

*Attorneys for Royal Bank of Canada and RBC Dain Rausher*


/s/ Pamela Rogers Chepiga
Pamela Rogers Chepiga
David C. Esseks
Brian A. de Haan
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 610-6300

*Attorneys for Royal Bank of Canada and RBC Dain Rauscher*
*(pro hac vice applications pending)*


## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of August, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Edward J. Castaing, Jr.
Attorney

2