UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 2002 JBO TRUST NO. 1,<br>JOHN BREWSTER OHLE, III,<br>and DUMAINE GROUP LLC | Civil Action<br><br>No. 2:12-cv-01344 |
| Plaintiffs | Section "R" (4) |
| ROYAL BANK OF CANADA,<br>RBC DAIN RAUSCHER, JOHN<br>KRUSE, MARK LOVE,<br>MONTGOMERY GLOBAL<br>ADVISORS V, LLC and<br>ROGER GROH, | |
| Defendants | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that defendants, Royal Bank of Canada and RBC Dain Rauscher, will bring their Motion to Dismiss for consideration before the Honorable Sarah S. Vance, on **October 10, 2012 at 10:00 a.m.**, in the United States District Courthouse, 500 Poydras Street, Room 279, New Orleans, Louisiana, or as soon thereafter as the Court may require.

Respectfully submitted,

*/s/ Edward J. Castaing, Jr.*
Edward J. Castaing, Jr., #4022
Edward J. Lilly, #8571
CRULL, CASTAING & LILLY
Pan American Life Center, Suite 2323
601 Poydras Street
New Orleans, LA 70130
(504) 581-7700

*Attorneys for Royal Bank of Canada
and RBC Dain Rauscher*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 31, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

                                                         */s/ Edward J. Castaing, Jr.*
                                                                    Attorney