UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2002 JBO TRUST NO. 1,                          Civil Action
JOHN BREWSTER OHLE, III,
and DUMAINE GROUP LLC                          No. 2:12-cv-01344

               Plaintiffs                      Section "R" (4)

ROYAL BANK OF CANADA,
RBC DAIN RAUSCHER, JOHN
KRUSE, MARK LOVE,
MONTGOMERY GLOBAL
ADVISORS V, LLC and
ROGER GROH,

               Defendants

## REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, comes Royal Bank of Canada and RBC

Dain Rauscher, who puruant to LR 78.1 request oral argument on Royal Bank of Canada and RBC

Dain Rauscher's Motion to Dismiss Under Federal Rules of Civil Procedure 12(b)(6) and 12(b)(3).

Respectfully submitted,

*/s/ Edward J. Castaing, Jr.*
Edward J. Castaing, Jr., #4022
Edward J. Lilly, #8571
CRULL, CASTAING & LILLY
Pan American Life Center, Suite 2323
601 Poydras Street
New Orleans, LA 70130
(504) 581-7700

*Attorneys for Royal Bank of Canada
and RBC Dain Rauscher*

*/s/ Pamela Rogers Chepiga*
Pamela Rogers Chepiga
David C. Esseks
Brian A. de Haan
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 610-6300

*Attorneys for Royal Bank of Canada*
*and RBC Dain Rauscher*
*(pro hac vice applications pending)*

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

*/s/ Edward J. Castaing, Jr.*
Attorney