## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **2002 JBO TRUST NO. 1, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1344** |
| **ROYAL BANK OF CANADA, ET AL.** | **SECTION  "R"** |

### ORDER GRANTING ORAL ARGUMENT

The Court is in receipt of the request by Royal Bank of Canada and RBC Dain Rauscher for oral argument (R. Doc. 22) on their motion to dismiss (R. Doc. 21).

Accordingly,

IT IS ORDERED that the request is hereby GRANTED.  Oral argument on the motion dismiss (R. Doc. 21) will be held WEDNESDAY, OCTOBER 10, 2012, at 10:00 a.m.

New Orleans, Louisiana, this __5th__ day of September, 2012.

_Sarah Vance_
_____
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**