UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2002 JBO TRUST NO. 1,
JOHN BREWSTER OHLE, III,
and DUMAINE GROUP LLC

CIVIL ACTION NO. 2:12-cv-1344

JUDGE SARAH S. VANCE

Plaintiff

ROYAL BANK OF CANADA,
RBC DAIN RAUSCHER, JOHN
KRUSE, MARK LOVE,
MONTGOMERY GLOBAL
ADVISORS V, LLC and
ROGER GROH,

MAG. KAREN ROBY

SECTION "R"

Defendants

## O R D E R

Considering the foregoing *Ex Parte* Motion for Visiting Attorney to Appear and Participate as Co-Counsel and to Enroll as Additional Counsel for Royal Bank of Canada and RBC Dain Rauscher;

IT IS ORDERED that pursuant to LR 83.2.5, that **Pamela Rogers Chepiga** of the firm of Allen & Overy LLP, is hereby admitted before this Court to appear and participate as co-counsel on behalf of Royal Bank of Canada and RBC Dain Rauscher in this matter, and, pursuant to LR 83.2.12, be and she is hereby enrolled as additional counsel for Royal Bank of Canada and RBC Dain Rauscher, in this matter.

New Orleans, Louisiana this ___14th___ day of ___September___, 2012.

_Sarah Vance_
_____
UNITED STATES DISTRICT JUDGE