UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 2002 JBO TRUST NO. 1, JOHN BREWSTER OHLE, III, and DUMAINE GROUP LLC | CIVIL ACTION NO. 2:12-CV-1344 |
| | JUDGE SARAH S. VANCE |
| Plaintiffs | |
| ROYAL BANK OF CANADA, RBC DAIN RAUSCHER, JOHN KRUSE, MARK LOVE, MONTGOMERY GLOBAL ADVISORS V, LLC and ROGER GROH, | MAG. KAREN ROBY |
| | SECTION "R" |
| Defendants | |

## O R D E R

Considering the foregoing *Ex Parte* Motion for Visiting Attorney to Appear and Participate as Co-Counsel and to Enroll as Additional Counsel for Royal Bank of Canada and RBC Dain Rauscher;

IT IS ORDERED that pursuant to LR 83.2.5, that **Brian A. de Haan** of the firm of Allen & Overy LLP, is hereby admitted before this Court to appear and participate as co-counsel on behalf of Royal Bank of Canada and RBC Dain Rauscher in this matter, and, pursuant to LR 83.2.12, be and he is hereby enrolled as additional counsel for Royal Bank of Canada and RBC Dain Rauscher, in this matter.

New Orleans, Louisiana this __14th__ day of __September__, 2012.

_____Sarah Vance_____
UNITED STATES DISTRICT JUDGE