UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 2002 JBO TRUST NO. 1,<br>JOHN BREWSTER OHLE, III,<br>and DUMAINE GROUP LLC | CIVIL ACTION NO. 2:12-CV-1344<br><br>JUDGE SARAH S. VANCE |
| Plaintiffs | |
| ROYAL BANK OF CANADA,<br>RBC DAIN RAUSCHER, JOHN<br>KRUSE, MARK LOVE,<br>MONTGOMERY GLOBAL<br>ADVISORS V, LLC and<br>ROGER GROH, | MAG. KAREN ROBY<br><br>SECTION "R" |
| Defendants | |

## ORDER

Considering the foregoing *Ex Parte* Motion for Visiting Attorney to Appear and Participate as Co-Counsel and to Enroll as Additional Counsel for Royal Bank of Canada and RBC Dain Rauscher;

IT IS ORDERED that pursuant to LR 83.2.5, that **David C. Esseks** of the firm of Allen & Overy LLP, is hereby admitted before this Court to appear and participate as co-counsel on behalf of Royal Bank of Canada and RBC Dain Rauscher in this matter, and, pursuant to LR 83.2.12, be and he is hereby enrolled as additional counsel for Royal Bank of Canada and RBC Dain Rauscher, in this matter.

New Orleans, Louisiana this 14th day of September, 2012.

*Sarah Vance*
UNITED STATES DISTRICT JUDGE