UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| 2002 JBO Trust No. 1, | * | Civil Action No. 2:12-CV-01344 |
| John Brewster Ohle, III, | * | |
| And Dumaine Group LLC | * | Section "R" |
| *Plaintiffs* | * | |
| | * | Judge Sarah S. Vance |
| v. | * | Mag. Judge Karen Wells Roby |
| | * | |
| Royal Bank of Canada, RBC Dain Rauscher, | * | |
| John Kruse, Mark Love, Montgomery Global | * | |
| Advisors V, L.L.C. | | |
| And Roger O. Groh | | |
| *Defendants* | | |

## **ORDER**

It is hereby ORDERED that oral argument will be heard on defendants John Kruse and Mark Love's Motion to Dismiss Complaint on the __10th__ day of __October__, 2012, at 10:00 A.M.

*Sarah Vance*
U.S. District Court Judge    9/21/12