IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| 2002 JBO Trust No. 1, | * | |
| John Brewster Ohle, III, | * | Civil Action No. 2:12-cv-01344 |
| and Dumaine Group LLC | * | |
| *Plaintiffs* | * | Section " R" |
| | * | |
| | * | Judge Sarah S. Vance |
| | * | Magistrate 4 - Karen Wells Roby |
| v. | * | |
| | * | |
| Royal Bank of Canada, RBC Dain Rauscher, | * | |
| John Kruse, Mark Love, Montgomery Global | * | |
| Advisors V, L.L.C. | * | |
| and Roger O. Groh | * | |
| *Defendants* | * | |

******************************************************************************

## **ORDER**

Considering the foregoing

**IT IS HEREBY ORDERED** that the October 10, 2012 oral argument on the Motion to dismiss by RBC Dain Rauscher and Royal Bank of Canada (R. Doc. 21) and the Motion to dismiss by John Kruse and Mark Love (R. Doc. 32) is hereby continued to be reset.

IT IS FURTHER ORDERED that Plaintiffs' memoranda in opposition to the aforementioned motions are to be filed no later than October 16, 2012.

The Court will schedule oral argument on the motions if it deems it necessary after taking after taking the motions under submission.

New Orleans, Louisiana, this __3rd__ day of ____October____, 2012.

*Sarah Vance*
United States District Judge