UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| 2002 JBO TRUST NO. 1, ET AL | * | CIVIL ACTION NO. 2:12-CV-1344 |
| | * | |
| Plaintiffs | * | JUDGE SARAH S. VANCE |
| | * | |
| | * | |
| | * | MAG. KAREN ROBY |
| v. | * | |
| | * | |
| ROYAL BANK OF CANADA, et al | * | SECTION "R" |
| | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## EX PARTE MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN FURTHER SUPPORT OF ROYAL BANK OF CANADA AND RBC DAIN RAUSCHER'S MOTION TO DISMISS UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6) and 12(b)(3)

NOW INTO COURT, through undersigned counsel, come defendants, Royal Bank of Canada and RBC Dain Rauscher, who respectfully request leave to file the attached Reply Memorandum of Law in Further Support of Royal Bank of Canada and RBC Dain Rauscher's Motion to Dismiss under Federal Rules of Civil Procedure 12(b)(6) and 12(b)(3), and the Supplemental Declaration of Edward J. Lilly in Support of Defendants Royal Bank of Canada and RBC Dain Rauscher's Motion to Dismiss the Complaint. The reply memorandum and supplemental declaration directly address the arguments made by plaintiffs in their recently filed Opposition Memorandum (Document 41). Mover submits that the Reply Memorandum will assist the Court in considering the pending motion.

WHEREFORE, Defendants Royal Bank of Canada and RBC Dain Rauscher, through undersigned counsel, request leave to file the Reply Memorandum.

Respectfully submitted,

/s/ Edward J. Castaing, Jr.
Edward J. Castaing, Jr. (#4022)
Edward J. Lilly (#8571)
CRULL, CASTAING, & LILLY
Pan-American Life Center, Suite 2323
601 Poydras Street
New Orleans, LA 70130
(504) 581-7700

*Attorneys for Royal Bank of Canada and RBC Dain Rauscher*

/s/ Pamela Rogers Chepiga
Pamela Rogers Chepiga
David C. Esseks
Brian A. de Haan
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 610-6300

*Attorneys for Royal Bank of Canada and RBC Dain Rauscher*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of October, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Edward J. Castaing, Jr.
Attorney