# EXHIBIT H

# Delaware

PAGE 1

### The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE CERTIFICATE OF FORMATION OF "DUMAINE GROUP LLC", WAS RECEIVED AND FILED IN THIS OFFICE THE FIRST DAY OF FEBRUARY, A.D. 2002.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID LIMITED LIABILITY COMPANY IS NO LONGER IN EXISTENCE AND GOOD STANDING UNDER THE LAWS OF THE STATE OF DELAWARE HAVING BECOME CANCELLED THE FIRST DAY OF JUNE, A.D. 2009, BY REASON OF ITS NEGLECT, REFUSAL, OR FAILURE TO PAY THE ANNUAL TAXES.

Jeffrey W. Bullock, Secretary of State

3487380  8420

AUTHENTICATION: 9930504

121147934

DATE: 10-19-12

You may verify this certificate online
at corp.delaware.gov/authver.shtml

*STATE OF DELAWARE*
*SECRETARY OF STATE*
*DIVISION OF CORPORATIONS*
*FILED 09:00 AM 02/01/2002*
*020068415 - 3487380*

Case 2:12-cv-01344-SSV-KWR   Document 42-4   Filed 10/26/12   Page 3 of 4

## CERTIFICATE OF FORMATION

## OF

## DUMAINE GROUP LLC

The undersigned, an authorized natural person, for the purpose of forming a limited liability company under the provisions and subject to the requirements of the State of Delaware (particularly Chapter 18, Title 6 of the Delaware Code and the acts amendatory thereof and supplemental thereto, and known, identified, and referred to as the "Delaware Limited Liability Company Act"), hereby certifies that:

**FIRST:** The name of the limited liability company is Dumaine Group LLC (the "Company").

**SECOND:** The address of the registered office is c/o National Registered Agents, Inc., 9 East Loockerman Street, Dover (Kent County), Delaware 19901.

**THIRD:** The name and address of the registered agent of the limited liability company required to be maintained by Section 18-104 of the Delaware Limited Liability Company Act are National Registered Agents, Inc., 9 East Loockerman Street, Dover (Kent County), Delaware 19901.

**FOURTH:** The debts, obligations and liabilities of the Company, whether arising in contract, tort or otherwise, shall be solely the debts, obligations and liabilities of the Company; and no member or manager of the Company shall be obligated personally for any such debt, obligation or liability of the Company solely by reason of being a member or acting as manager of the Company.

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Formation this 1st day of February, 2002.

Susan M. Kortokrax,
Authorized Person

CHICAGO 189016v1 99999-00001

State of Delaware
Secretary of State
Division of Corporations
Delivered 06:43 PM 02/17/2006
FILED 06:18 PM 02/17/2006
SRV 060154868 - 3487380 FILE

# STATE OF DELAWARE
# CERTIFICATE OF REVIVAL OF
# A DELAWARE LIMITED LIABILITY COMPANY
# PURSUANT TO TITLE 6, SEC. 18-1109

1. Name of Limited Liability Company  Dumaine Group LLC

2. Date of original filing with Delaware Secretary of State  2/1/2002

3. The name and address of the registered agent is  National Registered Agents, Inc., 160 Greentree Drive, Suite 101, Dover DE, 19904.

4. (Insert any other matters the members determine to include herein).

5. This Certificate of Revival is being filed by one or more persons authorized to Execute and file the Certificate of Revival.

I, John B. Ohle, III, Authorized Person of the above named limited liability company do hereby certify that this limited liability company is paying all annual taxes, penalties and interest due to the State of Delaware.

By: _____
Authorized Person

Name: John B. Ohle, III
Print or Type