UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 2002 JBO TRUST NO. 1,<br>JOHN BREWSTER OHLE, III,<br>and DUMAINE GROUP LLC<br><br>                        Plaintiffs,<br><br>                                v.<br><br><br>ROYAL BANK OF CANADA,<br>RBC DAIN RAUSCHER, JOHN<br>KRUSE, MARK LOVE, MONTGOMERY<br>GLOBAL ADVISORS V, LLC and<br>ROGER GROH,<br><br>                        Defendants. | Civil Action No. 2:12-cv-01344<br><br>Section "R"<br><br>Judge Sarah S. Vance<br>Magistrate 4 – Karen Wells Roby |

**SUPPLEMENTAL DECLARATION OF EDWARD J. LILLY IN SUPPORT
OF DEFENDANTS ROYAL BANK OF CANADA AND RBC DAIN RAUSCHER'S
MOTION TO DISMISS THE COMPLAINT**

EDWARD J. LILLY, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as

follows:

1.      I am an attorney duly admitted to practice before this Court and I am a partner at

Crull, Castaing, & Lilly, attorneys for defendants Royal Bank of Canada and RBC Dain

Rauscher in the above captioned action.  I respectfully submit this supplemental declaration in

support of Defendants Royal Bank of Canada and RBC Dain Rauscher's Motion to Dismiss the

Complaint.

2.      Attached hereto as Exhibit F is a true and correct copy the Brief For Defendant-

Appellant John B. Ohle, III, dated June 7, 2011, in United States v. Ohle et al., 11-0393-cr (2d

Cir.).

3.       Attached hereto as Exhibit G is a true and correct copy of Volume II of the

transcript of the criminal trial in <u>United States v. Ohle et al.,</u> 1:08-cr-01109(JSR) (S.D.N.Y.),

covering proceedings on May 11, 2010.

4.       Attached hereto as Exhibit H is a true and correct copy of the certificate of

dissolution, certified October 19, 2012, of Dumaine Group LLC.

5.       Attached hereto as Exhibit I is a true and correct copy of the original indictment,

filed November 13, 2008, in <u>United States v. Ohle et al.,</u> 1:08-cr-01109(JSR) (S.D.N.Y.).


Dated: New York, New York
        October 25, 2012

                                    ____/s/ Edward J. Lilly_____
                                         Edward J. Lilly