UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| 2002 JBO TRUST NO. 1, ET AL | * | CIVIL ACTION NO. 2:12-CV-1344 |
| | * | |
| Plaintiffs | * | JUDGE SARAH S. VANCE |
| | * | |
| | * | |
| | * | MAG. KAREN ROBY |
| v. | * | |
| | * | |
| ROYAL BANK OF CANADA, et al | * | SECTION "R" |
| | * | |
| Defendants | * | |

******************************************

## **O R D E R**

Considering the foregoing Ex Parte Motion for Leave to file Reply Memorandum in Further Support of Royal Bank of Canada and RBD Dain Rauscher's Motion to Dismiss Under Federal Rules of Civil Procedure 12(b)(6) and 12(b)(3);

IT IS ORDERED that the motion is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE