UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| 2002 JBO TRUST NO. 1, et al., | * | CIVIL ACTION NO. 2:12-CV-1344 |
| | * | |
| Plaintiffs, | * | JUDGE SARAH S. VANCE |
| | * | |
| | * | |
| | * | MAG. KAREN ROBY |
| v. | * | |
| | * | |
| ROYAL BANK OF CANADA, et al., | * | SECTION "R" |
| | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS ROYAL BANK OF CANADA AND RBC DAIN RAUSCHER

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record hereby submits the following on behalf of defendant Royal Bank of Canada and defendant RBC Dain Rauscher, Inc., now doing business as RBC Capital Markets, LLC.

1. Royal Bank of Canada is a chartered bank incorporated under the laws of Canada, named in Schedule I to the "Bank Act" (S.C. 1991, c.46), with its principal place of business in Canada. Royal Bank of Canada is publicly held, does not have a parent corporation, and no publicly held corporation owns 10% or more of its shares.

2. RBC Capital Markets, LLC is a corporation organized under the laws of the State of Minnesota with its principal place of business in New York, and is an indirect, wholly-owned subsidiary of the Royal Bank of Canada, which is publicly traded on the New York Stock Exchange and the Toronto Stock Exchange.

Dated:     New Orleans, Louisiana

           October 26, 2012

                      CRULL, CASTAING, & LILLY

            BY: /s/ Edward J. Castaing, Jr.
                EDWARD J. CASTAING, JR. (#4022)
                Pan-American Life Center, Suite 2323
                601 Poydras Street
                New Orleans, LA 70130
                Tel. (504)581-7700
                Fax (504)581-5523

                *Attorneys for Royal Bank of Canada and*
                *RBC Dain Rauscher, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of October, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                */s/ Edward J. Castaing, Jr.*
                Attorney