UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 2002 JBO TRUST NO. 1,<br>JOHN BREWSTER OHLE, III,<br>and DUMAINE GROUP LLC<br><br>　　　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>ROYAL BANK OF CANADA,<br>RBC DAIN RAUSCHER, JOHN<br>KRUSE, MARK LOVE, MONTGOMERY<br>GLOBAL ADVISORS V, LLC and<br>ROGER GROH,<br><br>　　　　　　　Defendants. | Civil Action No. 2:12-cv-01344<br><br>Section "R"<br><br>Judge Sarah S. Vance<br>Magistrate 4 – Karen Wells Roby |

**SUPPLEMENTAL DECLARATION OF EDWARD J. LILLY IN SUPPORT
OF DEFENDANTS ROYAL BANK OF CANADA AND RBC DAIN RAUSCHER'S
<u>MOTION TO DISMISS THE COMPLAINT</u>**

　　　EDWARD J. LILLY, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

　　　1.　　I am an attorney duly admitted to practice before this Court and I am a partner at Crull, Castaing, & Lilly, attorneys for defendants Royal Bank of Canada and RBC Dain Rauscher in the above captioned action. I respectfully submit this supplemental declaration in support of Defendants Royal Bank of Canada and RBC Dain Rauscher's Motion to Dismiss the Complaint.

　　　2.　　Attached hereto as Exhibit F is a true and correct copy the Brief For Defendant-Appellant John B. Ohle, III, dated June 7, 2011, in <u>United States v. Ohle et al.</u>, 11-0393-cr (2d

Cir.).

     3.     Attached hereto as Exhibit G is a true and correct copy of Volume II of the transcript of the criminal trial in United States v. Ohle et al., 1:08-cr-01109(JSR) (S.D.N.Y.), covering proceedings on May 11, 2010.

     4.     Attached hereto as Exhibit H is a true and correct copy of the certificate of dissolution, certified October 19, 2012, of Dumaine Group LLC.

     5.     Attached hereto as Exhibit I is a true and correct copy of the original indictment, filed November 13, 2008, in United States v. Ohle et al., 1:08-cr-01109(JSR) (S.D.N.Y.).

Dated: New York, New York
       October 25, 2012

                                    /s/ Edward J. Lilly
                                    Edward J. Lilly