UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CALL DOCKET                                                            **NOVEMBER 16, 2012**

The record does not reflect an answer or a default judgment has been filed as to one or more of the named defendants in each of the following cases.

Each case is hereby set for a Call of the Docket to be held **DECEMBER 19, 2012,** at **10:00 a.m.** before DISTRICT JUDGE SARAH S. VANCE, Federal Courthouse Building, 500 Poydras Street, Courtroom C279, New Orleans, Louisiana.

Failure of plaintiff(s) to appear to report the status or in the absence of good cause shown why these defendant(s) should remain on the docket, the defendant(s) will be dismissed for failure to prosecute:

12-993       IN RE: AEP ELMWOOD LLC
             As to cross defendant Entech and Associates, Inc.

12-1338      MITCHELL EVANS VS. TRANSOCEAN OFFSHORE USA INC.
             As to defendant Transocean Offshore USA, Inc.

12-1344      2002 JBO TRUST NO. 1, ET AL. VS. ROYAL BANK OF CANADA, ET AL.
             As to defendants Roger O. Groh, and Montgomery Global Advisors V, LLC.

12-1622      MADISONNE MEREDITH VS. CARNIVAL CORPORATION, ET AL.
             As to defendant Amy Trigleth.

12-1732      RIDEAU VS. GREAT-WEST LIFE & ANNUITY INSURANCE, ET AL.
             As to defendant Tammy Lunsford.

12-1758      HILMI JUDEH VS. LOUISIANA STATE UNIVERSITY SYSTEM, ET AL.
             As to defendant Stephanie Tortu.

12–1784      JOHNLOUIS VS. OFFSHORE SERVICES VESSELS, LLC, ET AL.
             As to defendants Offshore Services Vessels, LLC and Edison Chouest Offshore LLC.

12-1791      ERIC FINCKE VS. ARAMARK FOOD SERVICES CORP., ET AL.
             As to defendants Aramark Food Service Corp., Transocean Offshore Ventures, Inc. and Transocean USA Inc.

12-1839      MARY YAWS VS. USA
             As to defendant United States of America.

12-1991  SPEARS VS. JEFFERSON PARISH PUBLIC SCHOOL SYSTEM
As to defendant Jefferson Parish Public School System.

12-2106  DUPLANTIS VS. USA, ET AL.
As to defendants United States of America, Segura Enterprises, Ltd., Craig J. Landry, Shirley D. Crowley and James J. Crowley, Jr.

12-2181  MYERS VS. POWELL
As to defendant Clifton Powell.

12-2240  SMOOTHIE KING FRANCHISES, INC. VS. SHAH, ET AL.
As to defendants Samir Shah and One Stop Elite LLC.

12-2400  CONTINENTAL CASUALTY CO. VS. LASAVIO & DEJEAN, LLC, ET AL.
As to defendants Crescent City Gates Fund Limited Partnership and Crescent City Gates Management LLC.

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

Issued for the Court:

By: Jay Susslin
Case Manager
(504) 589-7689

Please direct any inquires regarding this notice to Jay Susslin at the telephone number listed above.