UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CALL DOCKET                                             DECEMBER 18, 2012

**The following cases were set for the December 19th Call Docket.**

**Considering the action taken, as indicated below, counsel is not to appear.**

12-993        IN RE: AEP ELMWOOD LLC
              As to cross defendant Entech and Associates, Inc.
              **ORDERED PASSED 30 DAYS TO ALLOW COUNSEL THE OPPORTUNITY TO FILE A DEFAULT JUDGMENT OR ANSWERS,  OTHERWISE THE CASE WILL BE DISMISSED FOR FAILURE TO PROSECUTE.**

12-1338       MITCHELL EVANS VS. TRANSOCEAN OFFSHORE USA INC.
              As to defendant Transocean Offshore USA, Inc.
              **ORDERED PASSED 30 DAYS TO ALLOW COUNSEL THE OPPORTUNITY TO FILE A DEFAULT JUDGMENT OR ANSWERS,  OTHERWISE THE CASE WILL BE DISMISSED FOR FAILURE TO PROSECUTE.**

12-1344       2002 JBO TRUST NO. 1, ET AL. VS. ROYAL BANK OF CANADA, ET AL.
              As to defendants Roger O. Groh, and Montgomery Global Advisors V, LLC.
              **ORDERED PASSED 30 DAYS TO ALLOW COUNSEL THE OPPORTUNITY TO FILE A DEFAULT JUDGMENT OR ANSWERS,  OTHERWISE THE CASE WILL BE DISMISSED FOR FAILURE TO PROSECUTE.**
              **ORDERED PASSED 30 DAYS TO ALLOW COUNSEL THE OPPORTUNITY TO FILE A DEFAULT JUDGMENT OR ANSWERS,  OTHERWISE THE CASE WILL BE DISMISSED FOR FAILURE TO PROSECUTE.**

12-1622       MADISONNE MEREDITH VS. CARNIVAL CORPORATION, ET AL.
              As to defendant Amy Trigleth.
              **ORDERED PASSED 30 DAYS TO ALLOW COUNSEL THE OPPORTUNITY TO FILE A DEFAULT JUDGMENT OR ANSWERS,  OTHERWISE THE CASE WILL BE DISMISSED FOR FAILURE TO PROSECUTE.**

12-1732       RIDEAU VS. GREAT-WEST LIFE & ANNUITY INSURANCE, ET AL.
              As to defendant Tammy Lunsford.
              **ORDERED PASSED 30 DAYS TO ALLOW COUNSEL THE OPPORTUNITY TO FILE A DEFAULT JUDGMENT OR ANSWERS,  OTHERWISE THE CASE WILL BE DISMISSED FOR FAILURE TO PROSECUTE.**

12-1758         HILMI JUDEH VS. LOUISIANA STATE UNIVERSITY SYSTEM, ET AL.
                As to defendant Stephanie Tortu.
                **DOCKET SATISFIED.**

12–1784         JOHNLOUIS VS. OFFSHORE SERVICES VESSELS, LLC, ET AL.
                As to defendants Offshore Services Vessels, LLC and Edison Chouest Offshore LLC.
                **ORDERED PASSED 60 DAYS TO ALLOW COUNSEL THE OPPORTUNITY TO FILE A DEFAULT JUDGMENT OR ANSWERS,  OTHERWISE THE CASE WILL BE DISMISSED FOR FAILURE TO PROSECUTE.**

12-1791         ERIC FINCKE VS. ARAMARK FOOD SERVICES CORP., ET AL.
                As to defendants Aramark Food Service Corp., Transocean Offshore Ventures, Inc. and Transocean USA Inc.
                **ORDERED PASSED 30 DAYS TO ALLOW COUNSEL THE OPPORTUNITY TO FILE A DEFAULT JUDGMENT OR ANSWERS,  OTHERWISE THE CASE WILL BE DISMISSED FOR FAILURE TO PROSECUTE.**

12-1839         MARY YAWS VS. USA
                As to defendant United States of America.
                **ORDERED PASSED 30 DAYS TO ALLOW COUNSEL THE OPPORTUNITY TO FILE A DEFAULT JUDGMENT OR ANSWERS,  OTHERWISE THE CASE WILL BE DISMISSED FOR FAILURE TO PROSECUTE.**

12-1991         SPEARS VS. JEFFERSON PARISH PUBLIC SCHOOL SYSTEM
                As to defendant Jefferson Parish Public School System.
                **ORDERED PASSED 30 DAYS TO ALLOW COUNSEL THE OPPORTUNITY TO FILE A DEFAULT JUDGMENT OR ANSWERS,  OTHERWISE THE CASE WILL BE DISMISSED FOR FAILURE TO PROSECUTE.**

12-2106         DUPLANTIS VS. USA, ET AL.
                As to defendants United States of America, Segura Enterprises, Ltd., Craig J. Landry, Shirley D. Crowley and James J. Crowley, Jr.
                **ORDERED PASSED 30 DAYS TO ALLOW COUNSEL THE OPPORTUNITY TO FILE A DEFAULT JUDGMENT OR ANSWERS,  OTHERWISE THE CASE WILL BE DISMISSED FOR FAILURE TO PROSECUTE.**

12-2181     MYERS VS. POWELL
As to defendant Clifton Powell.
**ORDERED PASSED 30 DAYS TO ALLOW COUNSEL THE OPPORTUNITY TO FILE A DEFAULT JUDGMENT OR ANSWERS, OTHERWISE THE CASE WILL BE DISMISSED FOR FAILURE TO PROSECUTE.**

12-2400     CONTINENTAL CASUALTY CO. VS. LASAVIO & DEJEAN, LLC, ET AL.
As to defendants Crescent City Gates Fund Limited Partnership and Crescent City Gates Management LLC.
**ORDERED PASSED 30 DAYS TO ALLOW COUNSEL THE OPPORTUNITY TO FILE A DEFAULT JUDGMENT OR ANSWERS, OTHERWISE THE CASE WILL BE DISMISSED FOR FAILURE TO PROSECUTE.**

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

Issued for the Court:

By: _____
Jay Susslin
Case Manager
(504) 589-7689

Please direct any inquires regarding this notice to Jay Susslin at the telephone number listed above.