IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| 2002 JBO Trust No. 1, | * | |
| John Brewster Ohle, III, | * | Civil Action No. 2:12-cv-01344 |
| and Dumaine Group LLC | * | |
| *Plaintiffs* | * | Section " R" |
| | * | |
| | * | Judge Sarah S. Vance |
| | * | Magistrate 4 - Karen Wells Roby |
| v. | * | |
| | * | |
| Royal Bank of Canada, RBC Dain Rauscher, | * | |
| John Kruse, Mark Love, Montgomery Global | * | |
| Advisors V, L.L.C. | * | |
| and Roger O. Groh | * | |
| *Defendants* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

CONSIDERING THE FOREGOING MOTION:

IT IS ORDERED that Dennis E. Rinck, Jr. and Rivertown Law Center, LLC, be and is hereby, granted leave to withdraw as counsel of record for plaintiffs, John Brewster Ohle, III, 2002 JBO Trust No. 1 and Dumaine Group.

New Orleans, Louisiana this __15th__ day of _____January_____, 2013.

*Sarah Vance*
JUDGE