**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| 2002 JBO TRUST NO. 1, ET AL. | CIVIL ACTION |
| VERSUS | NO. 12-1344 |
| ROYAL BANK OF CANADA, ET AL. | SECTION "R" |

### ORDER DISMISSING DEFENDANTS

On July 27, 2012, the Court issued an order placing this matter on its October 10, 2012 show cause docket. At that hearing the matter was ordered passed for 30 days with instructions to plaintiff to take the necessary action against defendants Roger O. Groh and Montgomery Global Advisors V, LLC. to prosecute this matter or the defendants would be dismissed.  Plaintiff was further informed by the Court's order dated October 10, 2012 that the defendants would be dismissed for failure to prosecute if the appropriate action was not taken within 30 days.

On November 16, 2012, the Court issued an order placing this matter on its December 19, 2012 show cause docket.  The matter was  passed for 30 days with instructions to plaintiff to take the necessary action against defendants Roger O. Groh and Montgomery Global Advisors V, LLC. to prosecute this matter or the defendants would be dismissed.  Plaintiff was further informed by the Court's order dated December 19, 2012 that the defendants would be dismissed for failure to prosecute if the

appropriate action was not taken within 30 days.

Accordingly,

**IT IS ORDERED** that the plaintiff's complaint against defendants Roger O. Groh and Montgomery Global Advisors V, LLC. is hereby DISMISSED without prejudice for failure to prosecute.

**New Orleans, Louisiana this** 17th **day of January, 2013.**

*Sarah Vance*
_____
**SARAH S. VANCE
UNITED STATES DISTRICT JUDGE**