Case: 13-30380 Document: 00512311391 Page: 1 Date Filed: 07/17/2013

Case 2:12-cv-01344-SSV-KWR Document 65 Filed 07/23/13 Page 1 of 1



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUL 23 2013
WILLIAM W. BLEVINS
CLERK

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 13-30380

CV 12-1344-R

DUMAINE GROUP, L.L.C.,

    Plaintiff - Appellant Cross-Appellee

v.

ROYAL BANK OF CANADA; RBC DAIN RAUSCHER,

    Defendants - Appellees Cross-Appellants

v.

JOHN KRUSE; MARK LOVE,

    Defendants - Appellees

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

CLERK'S OFFICE:

    Under 5th Cir. R.42.3, the appeal is dismissed as of July 17, 2013 as to John B. Ohle, III ONLY, for want of prosecution. The appellant failed to timely file briefs and record excerpts.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: *Sabrina B. Short*
Sabrina B. Short, Deputy Clerk

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By *Sabrina B. Short*
    Deputy
New Orleans, Louisiana   JUL 1 7 2013

Fee_____
Process_____
X Dkd_____
CrRmDep_____
Doc. No._____

ENTERED AT THE DIRECTION OF THE COURT