

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 13-30380

CV 12-1344-R

DUMAINE GROUP, L.L.C.,

    Plaintiff - Appellee

v.

ROYAL BANK OF CANADA; RBC DAIN RAUSCHER,

    Defendants - Appellants

v.

JOHN KRUSE; MARK LOVE,

    Defendants - Appellees

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

Before HIGGINBOTHAM, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the appellants', Royal Bank of Canada and RBC Dain Rauscher, motion to dismiss the appeal without prejudice is GRANTED.

